# MINUTE ENTRY

JOAN M. AZRACK, USMJ  DATE: 7/8/13

DOCKET:  11-CV-5064 (JBW)  CASE:  Carmona v. 30th Ave. Palace Food Corp

---

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

---

☑ TELEPHONE    ☐ IN-PERSON

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.    ☑ STATUS CONF.    ☐ SETTLEMENT CONF.    ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court:  ☐ 15   ☐ 30   ☐ 45   ☐ 60   ☐ Other: ____

FOR PLAINTIFF:  Louis Pechman

FOR DEFENDANT:  Evan Michalidis

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Telephone status conference set for 7/11/13 at 11:45 AM

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☑ Next conference on 7/11/13 at 11:45 AM    ☑ Telephone    ☐ In-Person
☐ Pre-Trial Order by _____