MINUTE ENTRY

Docket & Fil
07/23/13

JOAN M. AZRACK, USMJ  DATE: 07/23/13

DOCKET: 11-CV-5064 (JBW)  CASE: Carmona v. 30th Ave. Palace Food Corp

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☑ TELEPHONE  ☐ IN-PERSON

CIVIL CAUSE FOR:
☐ INITIAL CONF.  ☑ STATUS CONF.  ☐ SETTLEMENT CONF.  ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court:  ☐ 15  ☑ 30  ☐ 45  ☐ 60  ☐ Other: ___

FOR PLAINTIFF: Louis Pechman

FOR DEFENDANT: Evan Michalidis

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

i/p sett. 8/20/13 2:30pm
-As directed to appear

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*
☐ Next conference on 8/20/13 2:30  ☐ Telephone  ☑ In-Person
☐ Pre-Trial Order by _____