BEFORE JUDGE Weinstein    AT 12:00  A.M/P.M.

C/R or ECR R. Barry    MAG. _____

DATE 8/27/13

## CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number CV11-5064

Title George Carmona et al vs 30th Ave. Palace Food Corp. et al

Appearances: For Pltff. Louis Pechman

For Deft. Evangelos Michailidis

Other: _____

☑ Case called.
☑ Counsel for all parties present.
☐ Counsel for _____ not present.
☑ Conference held.
☑ Parties advised the Court that the case has been settled.
☐ Discovery completed. _____ Discovery pending
☐ Discovery to be completed by _____
☐ Next conference scheduled for _____
☐ Case marked ready for trial on _____
☐ Pre-trial order signed and given to parties.
☐ Jury to be selected on _____
☑ Stipulation of settlement to be filed w/i 30 days