EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JORGE CARMONA, FELIX FERNANDEZ,          :
NAIL HUSIC, MARCO MATIC, IMRE NEMETH,    :
JAUN PESANTEZ, JOSKO RADNIC, and, LUIS   :
URUCHIMA, on behalf of themselves and    :
all others similarly situated,           :          **11 Civ. 5064**
                                         :
                 Plaintiffs,             :
                                         :
       -against-                         :          **STIPULATION AND**
                                         :          **ORDER OF DISMISSAL**
30TH AVE. PALACE FOOD CORP. d/b/a        :
TRATTORIA L'INCONTRO, ROCCO SACRAMONE,   :
and JACK BRUCCULERI,                     :
                                         :
                 Defendants.             :
-------------------------------------------------------------------X

The above-captioned action is hereby dismissed in its entirety, with prejudice,

and with no award of attorneys' fees or costs by the Court to any party.

BERKE-WEISS & PECHMAN LLP          DUANE MORRIS LLP

By:_____       By:_____
     Louis Pechman                      Evangelos Michailidis
     488 Madison Avenue, 11th Floor     1540 Broadway
     New York, NY 10022                 New York, NY 10036
     Phone: (212) 583-9500              Phone: (212) 692-1000
     *Attorneys for Plaintiffs*         *Attorneys for Defendants*

Dated: 10/7, 2013                  Dated: 10/7, 2013

**SO ORDERED:**

_____
Hon. Jack B. Weinstein, U.S.D.J.